# NOTICE OF SALE
# EASTERN DISTRICT OF NEW YORK (BROOKLYN)

Wilmington PT Corp.; Plaintiff v. Mousa A. Khalil, et al; Defendants

Attorneys for Plaintiff: Hasbani & Light, P.C., 450 7th Ave, Suite 1408, NY, NY 10123; (212) 643-6677

Pursuant to judgment of foreclosure and sale granted herein on 5/21/2021, I will sell at Public Auction to the highest bidder in the EDNY-Brooklyn, 225 Cadman Plaza East, Brooklyn, NY 11201.

On March 7, 2024 at 1:15 PM

Premises known as 122 Hoyt Street, Brooklyn, New York 11217

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York.

As more particularly described in the judgment of foreclosure and sale.

Sold subject to all of the terms and conditions contained in said judgment and terms of sale.

Approximate amount of judgment: $561,576.80 plus interest and costs.

Docket Number: 1:19-cv-01557-JBW-LB

Susan E. Rizos, Esq., Referee