EASTERN DISTRICT OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
WILMINGTON PT CORP,

                                  Plaintiff,

        -against -

KHALIL A. MOUSA; et al,

                Defendants.
-------------------------------------------------------------------X

Index No.: 1:19-cv-01557-JBW-LB

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK    )
                                  ): ss
COUNTY OF KINGS )

      Tainna Cadet affirms the truth of the following under the penalty of perjury:

      I, Tainna Cadet, am over eighteen (18) years of age, I am not a party to this action, and I reside in Suffolk County in the State of New York. On July 30, 2024, I served a

**Notice of Sale**

Via First Class USPS as set forth:

TO:

    Jaime Lathrop, Esq.
    Attorney for Defendant Khalil Mousa
    *Served via NYSCEF*

    New York City Environmental Control Board
    100 Church Street
    1st Fl
    New York, NY 0007

    George Diamantakis
    114 Eleanor Street
    Staten Island, NY 10306

    Capital One Bank (USA) N.A.
    100 Shockoe Slip
    2nd Fl
    Richmond, Virginia 23219

Harry Lambrakis
1 Post Court
Brooklyn, NY 11229

New York Methodist Hospital
506 6th Street
Brooklyn, NY 11215

Congregation Imrei Yehudah
1214 54th Street
Brooklyn, NY 11219

Occupants
122 Hoyt St.
Brooklyn, NY 11217

*/s/ Tainna Cadet*
Tainna Cadet